# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TOWN OF HARPERSVILLE, ALABAMA,** a municipal corporation, and **CITY OF CHILDERSBURG, ALABAMA,** a municipal corporation, )<br><br>**Plaintiffs,**<br><br>v.<br><br>**JUDICIAL CORRECTION SERVICES,** a foreign corporation,<br><br>**Defendant.** | No. 2:15-CV-543-AKK |

## NOTICE OF APPEARANCE

L. Conrad Anderson IV of Balch & Bingham LLP gives notice of his appearance as attorney for Plaintiff The City of Childersburg in the above-styled matter and requests that copies of all orders, notices, and pleadings be served on him at the address below.

Respectfully submitted this the 18th day of April, 2016.

>   */s/ L. Conrad Anderson IV*
>   One of the Attorneys for Defendant
>   The City of Childersburg, Alabama

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served on the following by directing same to his/her office address via United States first class mail, postage prepaid, or by electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing on this 18th day of April, 2016:

Timothy P. Donahue, Sr.
DONAHUE & ASSOCIATES, L.L.C.
1020 22nd Street South
Birmingham, Alabama  35205

James Thomas Burgess, Esq.
Ethan R. Dettling, Esq.
BURGESS ROBERTS LLC
2017 Morris Avenue, Ste. 100
Birmingham, Alabama 35203

Larry S. Logsdon, Esq.
Michael L. Jackson, Esq.
Wesley K. Winborn, Esq.
WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253

            */s/ L. Conrad Anderson IV*
            OF COUNSEL