FILED
2017 Feb-13 PM 01:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**TOWN OF HARPERSVILLE, et al.,**

    **Plaintiffs,**

**v.**

**JUDICIAL CORRECTIONS SERVICES, et al.,**

    **Defendants.**

Civil Action Number
**2:15-CV-00543-AKK**

## ORDER

The Joint Motion to Stay, doc. 44, is **GRANTED**. The parties are **DIRECTED** to file joint status updates beginning on August 14, 2017, and every four months thereafter.

**DONE** the 13th day of February, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE