FILED
2017 Feb-23  PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| TOWN OF HARPERSVILLE, ALABAMA; CITY OF CHILDERSBURG, ALABAMA et al., <br><br> Plaintiffs, <br><br> v. <br><br> JUDICIAL CORRECTIONS SERVICES, INC. et al., <br><br> Defendants. | ) ) ) ) ) Case No.  2:15-cv-543-AKK ) ) (Removed from the Circuit Court ) of Shelby County, Alabama, ) Case no. 58-CV-2015-900124) ) ) ) ) ) |

## Judicial Correction Services, LLC's
## Supplemental Conflict Disclosure Statement

In compliance with Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant Judicial Correction Services, LLC (JCS) in the above-captioned action certifies that the general nature and purpose of JCS is the operation of a private probation services company. Counsel also certifies the following:  Judicial Correction Services, Inc. is now known as Judicial Correction Services, LLC. Judicial Correction Services, LLC is currently wholly owned by Professional Probation Services, Inc., a privately held Georgia corporation. Professional Probation Services, Inc. is also the sole owner of Georgia Probation Services, Inc., also a Georgia corporation. No publicly held

corporation owns 10% or more of Judicial Correction Services, LLC or Professional Probation Services, Inc.

Respectfully submitted on February 23, 2017.

s/ *Larry S. Logsdon*
Larry S. Logsdon
Voice: (205) 874-0341
Fax:   (205) 874-3241
llogsdon@wallacejordan.com

s/ *Michael L. Jackson*
Michael L. Jackson
Voice: (205) 874-0315
Fax:   (205) 874-3251
mjackson@wallacejordan.com

s/ *Wesley K. Winborn*
Wesley K. Winborn
Voice: (205) 874-0310
Fax:   (205) 874-3276
wwinborn@wallacejordan.com

Attorneys for Defendant Judicial Correction Services, LLC

Of Counsel:
Wallace, Jordan, Ratliff & Brandt, L.L.C.
P.O. Box 530910
Birmingham, Alabama 35253
(205) 870-0555

1

## Certificate of Service

     I certify that on February 23, 2017, I served a copy of the foregoing supplemental disclosure on all counsel by the Court's CM/ECF electronic-filing system as follows:

Scott M. Speagle, Esq.
Kayla W. Frisby, Esq.
Webster, Henry, Lyons, Bradwell,
  Cohan & Black, P.C.
Post Office Box 239
Montgomery, AL  36101-0116
scott@websterhenry.com

Timothy P. Donahue Sr., Esq.
Donahue & Associates, LLC
1020 22nd Street, South
Birmingham, AL  35205
timdonahue@donahue-associates.com

Frank C. Ellis Jr., Esq.
Ellis, Head, Owens & Justice
P. O. Box 587
Columbiana, AL  35051
fellis@wefhlaw.com

Gregory C. Cook
L. Conrad Anderson IV
Christopher K. Friedman
Balch & Bingham, LLP
1901 6th Ave. N., Suite 1500
Birmingham, AL 35203
gcook@balch.com
canderson@balch.com
cfriedman@balch.com

                 *s/ Michael L. Jackson*
                 Michael L. Jackson
                 mjackson@wallacejordan.com