FILED

2019 Apr-12  PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATED DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| TOWN OF HARPERSVILLE, ALABAMA, and CITY OF CHILDERSBURG, ALABAMA; | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:15-cv-543-AKK |
| | ) |
| JUDICIAL CORRECTION SERVICES, INC., | ) ) |
| Defendant. | ) |

## Joint Status Report

This joint status report is submitted by the parties in accordance with the Court's February 13, 2017 Order (Doc. 48). The parties request that the Court continue the current stay in this case until the resolution of the related litigation in *Ray v. City of Childersburg, et al.*, 2:12-cv-2819-RDP (N.D. Ala.). As reported in the December 2018 Status Report (Doc. 55), the parties have resolved all of the claims (including indemnity claims) in two cases pending against the Town of Harpersville and Judicial Correction Services (JCS): (1) the state-court action known as *Garrett v. Town of Harpersville, et al.*, 58-CV-2010-900183 (Cir. Ct. of Shelby Cty., Ala.), and (2) the federal-court action known as *Carden v. Town of Harpersville, et al.*, 2:15-cv-01381-RDP (N.D. Ala.). The *Ray v. Childersburg* case is still pending, and continuing the stay will lessen the cost to both parties and will minimize the use of judicial resources.

**Status of *Ray v. City of Childersburg et al*.**

As previously reported, Judge R. David Proctor granted Childersburg's motion for summary judgment on all claims against it in *Ray*. *Ray v. Judicial Correction Servs., Inc.*, No. 2:12-cv-2819-RDP, 2017 WL 660842 (N.D. Ala. Feb. 17, 2017) (*Ray* Docs. 569–570). The plaintiffs in *Ray* filed a motion for reconsideration of the summary judgment (*Ray* Doc. 593), which was denied (*Ray* Doc. 611).

On September 12, 2017, Judge Proctor denied the plaintiffs' three separate motions for partial summary judgment; granted defendant Correctional Healthcare's motion for summary judgment on all counts; and granted in part and denied in part JCS's motion for summary judgment, leaving only a violation-of-due-process claim from the previously pleaded claims but allowing the plaintiffs to file a new amended complaint asserting conspiracy claims. *Ray v. Judicial Correction Servs., Inc.*, 270 F. Supp. 3d 1262 (N.D. Ala. 2017) (*Ray* Doc. 626). The *Ray* plaintiffs filed a motion to reconsider, which the court granted in part to allow some expansion of the new conspiracy claims but otherwise denied the motion on June 1, 2018. (*Ray* Docs. 685-686.) On May 9, 2018, the court granted summary judgment in favor of CHC Companies, Inc. and Correct Care Solutions, LLC on all counts. (*Ray* Docs. 682-683.) Judge Proctor allowed the plaintiffs to file a Fifth Amended Complaint adding the conspiracy claims. (*Ray* Doc. 687, 688,

691.) So, the remaining pending claims on which there has been no entry of summary judgment are these claims against JCS (*Ray* Doc. 693 at 1–2; *Ray* Doc. 694):

(1) a direct (non-conspiracy) § 1983 due-process claim for JCS's alleged extending of probation terms beyond 24 months (Doc. 626 at pp. 62-64);

(2) a § 1983 conspiracy-based claim alleging that JCS conspired with the Childersburg Municipal Court to revoke probations and issue arrest warrants without a determination of indigency, thereby violating their due-process rights under *Bearden v. Georgia*, 461 U.S. 660 (1983) (*Ray* Doc. 626 at 80-82);

(3) a § 1983 conspiracy claim for JCS's alleged conspiring with the Childersburg Municipal Court to fail to appoint counsel for the Plaintiffs or to obtain valid waivers of counsel, in violation of their Sixth Amendment rights (*Ray* Doc. 626 at 82-83), and

(4) a § 1983 conspiracy claim, under which JCS allegedly conspired with the Childersburg Municipal Court to imprison the Plaintiffs solely because of their failures to pay fines and fees to JCS, in violation of the Plaintiffs' equal-protection rights (*Ray* Doc. 685 at 10).

The *Ray* plaintiffs filed a motion for class certification in late October 2018. (*Ray* Docs. 707-709.) JCS and the plaintiffs agreed to supplemental expert

discovery, and the court postponed JCS's response to the motion for class certification. (*Ray* Docs 696, 708-1 – 708-7, 710, 711.) That discovery was concluded in late January 2019, and briefing on the motion for class certification was completed on March 15, 2019 (including a motion to strike by plaintiffs challenging some evidence submitted in opposition to the motion for class certification). (*Ray* Docs. 707, 708, 709, 714, 715, 718, 719, 720, 721, 722.)

After the briefing of the motion for class certification, on March 21, 2019, JCS filed two dispositive motions: (1) a motion to reconsider the denial of summary judgment on the direct due-process claim alleging that JCS extended the plaintiffs' probation terms beyond 24 months (*Ray* Doc. 724), and (2) a motion for summary judgment on the three remaining conspiracy claims (*Ray* Doc. 723), which were never the subject of a previous motion for summary judgment. The plaintiffs' responses to those motions are due on April 18 and April 26, 2019, and JCS will have some time to file reply briefs, though the plaintiffs have indicated they may ask for another extension. Those two motions should be on submission to the court sometime in May 2019.

Efforts to mediate the *Ray* case have also been revived. After meetings with Judge Ott, the parties have agreed to a mediation on April 22-23, 2019, with a new mediator, Phil Adams.

**Settlements in *Carden v. Town of Harpersville et al*. and *Garrett v. Town of Harpersville et al.***

The parties reached a settlement in the federal-court action known as *Carden v. Town of Harpersville*, and as part of the settlement the parties resolved all claims or potential claims (including indemnity claims) in the case. The case was dismissed with prejudice on May 17, 2018. *Carden*, 2:15-cv-01381-RDP (N.D. Ala.) (*Carden* Doc. 132).

The parties also reached a settlement in the state-court action filed against Harpersville and JCS, *Garrett v. Town of Harpersville, et al.*, 58-CV-2010-900183.00 (Circuit Ct. of Shelby Cty., Ala.), and on April 3, 2018, the state court entered an order dismissing all of the named plaintiffs' claims with prejudice and dismissing, without prejudice, claims by absent class members for money damages. (*Garrett* Doc. 738). As part of the settlement, the parties resolved all claims or potential claims (including indemnity claims) arising out of such action.

## Conclusion

The parties jointly request that this Court continue the stay until the *Ray* litigation is resolved. In accordance with the Court's February 13, 2017 Order (Doc. 48), the parties will submit another Joint Status Report on or before Wednesday, August 14, 2019.

Respectfully submitted on April 12, 2019.

s/ *Michael L. Jackson*
Michael L. Jackson
Larry S. Logsdon
Wesley K. Winborn
Wallace Jordan Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, Alabama 35253
Voice: (205) 870-0555
mjackson@wallacejordan.com
llogsdon@wallacejordan.com
wwinborn@wallacejordan.com

ATTORNEYS FOR DEFENDANT JUDICIAL
CORRECTION SERVICES


s/ *Gregory C. Cook*
Gregory C. Cook
L. Conrad Anderson IV
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
Voice: (205) 251-8100
gcook@balch.com
canderson@balch.com

ATTORNEYS FOR PLAINTIFF TOWN OF
HARPERSVILLE, ALABAMA


s/ *Timothy P. Donahue Sr.*
Timothy P. Donahue Sr.
Donahue & Associates
1020 22nd Street, South
Birmingham, AL 35205
Telephone: (205) 871-8858
timdonahue@donahue-associates.com

ATTORNEY FOR PLAINTIFF CITY OF
CHILDERSBURG, ALABAMA

6

s/ *Frank C. Ellis Jr.*
Frank C. Ellis Jr.
Ellis, Head, Owens & Justice
Post Office Box 587
Columbiana, AL 35051
Voice: (205) 669-6783
fellis@wefhlaw.com

*ATTORNEY FOR PLAINTIFF TOWN OF
HARPERSVILLE, ALABAMA*